**Jacque C. MORRELL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**
**Edwin F. NELSON, Petitioner, v. SAME.**
**Frank J. MACK, Petitioner, v. SAME.**
**Bernard G. LENSKE, Petitioner, v. SAME.**
**E. M. MATSON, Petitioner, v. SAME.**
**George A. BOCKMAN, Petitioner, v. SAME.**
**Macauley CARTER, Petitioner, v. SAME.**
**Donald J. BERGMAN, Petitioner, v. SAME.**
**James V. WILLETT, Petitioner, v. SAME.**
**Maurice S. BEYT, Petitioner, v. SAME.**
**Jean DELATTRE–SEQUY, Petitioner, v. SAME.**
**Lyman C. HUFF, Petitioner, v. SAME.**

Nos. 6478–6489.

Circuit Court of Appeals, Seventh Circuit.

Dec. 11, 1937.

Arthur M. Cox, of Chicago, Ill., for petitioners.

James W. Morris, Department of Justice, and James P. Wenchel, Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel' for petitioners, counsel for respondent not objecting thereto, and on consideration of the certificate of the clerk of the United States Board of Tax Appeals, it is ordered that these causes be docketed in this court.

It is further ordered and adjudged by this court that the decision entered in these causes on April 30, 1936, by the United States Board of Tax Appeals be,

and the same are hereby, reversed, and that these causes be, and the same are hereby, remanded to the United States Board of Tax Appeals.